RUPERT BLAKE et al., Appellants, v NEIGHBORHOOD HOUSING SERVICES OF NEW YORK CITY, INC., Respondent.

Submitted November 3, 2003; decided November 20, 2003

Motion by New York Trial Lawyers Association for leave to

file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.